Elenor J. Whittaker GAY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 41096.

Missouri Court of Appeals,
Western District.

March 14, 1989.

Joseph H. Locascio, Sp. Public Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, P.J., and SHANGLER and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for post-conviction relief without a hearing.

AFFIRMED. Rule 84.16(b).